UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA MC 18-00012-CJC (SSx)      Date: April 5, 2018

Title: <u>IN RE: CANON</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER COORDINATING PRETRIAL PROCEEDINGS AND ORDER TO SHOW CAUSE**

       Before the Court are fourteen related cases wherein Plaintiff Canon Inc. asserts claims for patent infringement of various patents related to toner cartridges and components.[1] In four of these cases, the named Defendants have filed motions to stay the proceedings in light of the International Trade Commission ("ITC") commencing an investigation on March 26, 2018, into the same patent infringement asserted before this Court. (Case Nos. 2:18-cv-01664-CJC-SS Dkt. 14, 2:18-cv-01679-CJC-SS Dkt. 16, 2:18-cv-01709-CJC-SS Dkt. 14, 2:18-cv-01719-CJC-SS Dkt. 15.) Defendants represent that the motions are unopposed, but each motion states that counsel for Plaintiff "conferred with counsel for Defendant" via email and "*Defendant* is unopposed to the filing of this Motion." (*Id*. [emphasis added].)

       The Court **DIRECTS** Plaintiff to file a statement as to whether it opposes the motions to stay those four cases pending the termination of the ITC infringement proceeding **by April 10, 2018**. Additionally, the Court ORDERS Plaintiff to show cause why the nine other related cases should not be stayed pending the ITC infringement proceeding by **April 20, 2018**.

---

[1] Case Nos. 8:18-cv-00338-CJC-SS, 5:18-cv-00417-CJC-SS, 2:18-cv-01640-CJC-SS, 2:18-cv-01664-CJC-SS, 2:18-cv-01671-CJC-SS, 2:18-cv-01679-CJC-SS, 2:18-cv-01702-CJC-SS, 2:18-cv-01709-CJC-SS, 2:18-cv-01696-CJC-SS, 2:18-cv-01719-CJC-SS, 5:18-cv-00416-CJC-SS, 2:18-cv-01685-CJC-SS, 2:18-cv-01716-CJC-SS, 2:18-cv-01691-CJC-SS.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA MC 18-00012-CJC (SSx)  Date: April 5, 2018
Page 2

---

    The Court finds it prudent to coordinate these thirteen related cases for pretrial proceedings. The Clerk's Office shall open a new action that will serve as the master case. Going forward, the parties should file papers pertaining to common issues between the various cases under the coordinated case number SA MC 18-00012-CJC (SSx). However, filings particular to one case, such as pro hac vice applications, should continue to be filed under that case's number.

    The Court **ORDERS** Plaintiff's attorney George B. Piggott to timely serve any Defendants who have not yet been served with the relevant Complaint and summons with (1) a copy of this minute order and (2) all future orders until those Defendants appear on the docket.

aa

MINUTES FORM 11
CIVIL-GEN                                                               Initials of Deputy Clerk MKU